| | |
|---|---|
| 1 | Danny J. Horen, Esq. |
| 2 | NV Bar No. 13153 |
| 3 | Kazerouni Law Group, APC |
|   | 7854 W. Sahara Avenue |
| 4 | Las Vegas, NV 89117 |
| 5 | Telephone: (800) 400-6808x7 |
|   | Facsimile: (800) 520-5523 |
| 6 | danny@kazlg.com |
| 7 | |
|   | David H. Krieger |
| 8 | Haines & Krieger, LLC |
|   | 8985 S. Eastern Avenue, Ste. 130 |
| 9 | Henderson, NV 89123 |
| 10 | Telephone: (702) 880-5554 |
|    | Facsimile: (702) 383-5518 |
| 11 | |
| 12 | *Attorneys for Plaintiff* |

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **JEFFREY M. CLARKE,** | **Case No.:** 2:15-cv-00895-APG-VCF |
| Plaintiff, | |
| v. | **STIPULATION TO DISMISS CAPITAL ONE BANK (USA), N.A.** |
| **CAPITAL ONE BANK (USA), N.A., GREEN TREE SERVICING, LLC., and EQUIFAX INFORMATION SERVICES, LLC.,** | |
| Defendants. | |

///

///

///

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff JEFFREY CLARKE ("Plaintiff") and Defendant **CAPITAL ONE BANK (USA), N.A.** ("Capital One") agree to dismiss Plaintiff's claims against Capital One in the above-captioned matter, **with prejudice**. Each party will bear its own costs, disbursements, and attorney fees.

Dated: August 28, 2015

| KAZEROUNI LAW GROUP | FERNALD LAW GROUP LLP |
|---|---|
| /s/ Danny J. Horen <br> Danny Horen, Esq. <br> 7854 W. Sahara Avenue <br> Las Vegas, NV 89117 <br> 800-400-6808 <br> Email: danny@kazlg.com <br> Attorney for Plaintiff | /s/ Brandon C. Fernald (w/ permission) <br> Brandon C. Fernald, Esq. <br> 6236 Laredo Street <br> Las Vegas, NV 89146 <br> 949-851-3939 <br> Email:Brandon.fernald@fernaldlawgroup.com <br> Attorney for Capital One |

IT IS SO ORDERED.

Dated: September 2, 2015

_____
Andrew P. Gordon
United States District Judge

2