# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JEFFREY M. CLARKE, | Case No. 2:15-cv-00895-APG-VCF |
| Plaintiff, | |
| v. | **ORDER** |
| CAPITAL ONE BANK (USA), N.A., *et al.*, | |
| Defendants. | |

In light of the notice of settlement (Dkt. #11) between plaintiff Jeffrey M. Clarke and defendant Green Tree Servicing, LLC,

IT IS ORDERED that all pending dates, deadlines, and filing requirements as to defendant Green Tree Servicing, LLC are vacated.

IT IS FURTHER ORDERED that the parties shall file a stipulation to dismiss as to defendant Green Tree Servicing on or before November 2, 2015.

DATED this 3rd day of September, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE